JOHN P. McDONALD, Respondent, *v.* DEGNON-McLEAN CONTRACTING COMPANY, Appellant, Impleaded with Another.

*McDonald* v. *Degnon-McLean Contracting Co.*, 140 App. Div. 411, affirmed.

(Argued May 7, 1912; decided May 21, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 28, 1910, affirming a judg-

ment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*James F. Donnelly* for appellant

*John M. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.